UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

PATRICIA NELSON,

   Plaintiff,

-vs-                                            CASE NO.: 5:17-CV-148

COMENITY, LLC,

   Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, PATRICIA NELSON, by and through her undersigned attorneys, hereby gives Notice to the Court of a Credit Card Account Agreement ("Agreement"), which contains an arbitration provision which governs the matters at issue in this action. Pursuant to that Agreement, the parties are to submit to arbitration upon demand by either party. The parties have agreed to arbitrate this matter, and therefore Plaintiff hereby files this Notice of Voluntary Dismissal without Prejudice, of the above captioned matter.

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/Octavio Gomez
Octavio "Tav" Gomez, Esquire
Georgia Bar #: 617963
Morgan & Morgan, Tampa, P.A.
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402
tgomez@forthepeople.com
fkerney@forthepeople.com
jkneeland@forthepeople.com
Attorney for Plaintiff