# In the United States District Court for the Southern District of Georgia Waycross Division

PATRICIA NELSON,

    Plaintiff,

v.

COMENITY, LLC,

    Defendant.

CV 517-148

### ORDER

Plaintiff has notified the Court that she voluntarily dismisses without prejudice her claims against Defendant in this action due to a governing arbitration provision. Dkt. No. 5. The stipulation of dismissal complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, it is **ORDERED** that Plaintiff's claims against Defendant are in all respects dismissed without prejudice. Each party will bear its own costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 27 day of December, 2017.

_____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)